# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN N. KAKAI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware corporation; LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 3:17-cv-00058-H-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE** |

On November 20, 2017, the parties filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs. (Doc. No. 21.) The Court, for good cause shown, grants the joint motion to dismiss and dismisses the entire action with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: November 28, 2017

                                          MARILYN L. HUFF, District Judge
                                          UNITED STATES DISTRICT COURT